THE STATE v. RYAN.

*Appeal from Jefferson District Court — Thursday, July 25.*

PROSECUTION of defendant for conspiracy to burn a dwelling. The defendant being convicted, appealed. The case turned upon the sufficiency of the evidence to sustain the verdict. No questions of law were discussed that would be of any interest to the profession, and the judgment of the court below was affirmed as being sustained by the testimony. BECK, Ch. J., delivering the opinion.

*H. B. Hendershott* for the appellant — *M. E. Cutts,* attorney-general, for the State.

---

LAKE v. STREETER.

*Appeal from the Blackhawk Circuit Court — Thursday, July 25.*

PROMISSORY NOTE: POST-STAMPING.

ACTION upon a note for $100, of date October 28, 1868, payable on the first day of October, 1869, to Alfred Ingalls or bearer, with ten per cent interest; which note, the plaintiff alleged was his property. The defendant, by answer, denied the genuineness of the signature, and averred, that, if it was genuine, the note was obtained by fraud; that he was not to pay it, except as fast as he sold seeders; and that the note had been altered by affixing and canceling a stamp, etc. Trial to a jury; verdict and judgment for defendant. The plaintiff appeals.

*Lake & Harmon* for the appellants — *Boies, Allen & Couch* for the appellee.

COLE, J.—Upon the question respecting the alleged fraud in obtaining the note, there was some little conflict in the evidence. The defendant, when on the stand as a witness, did not deny the genuineness of the signature; but testified that he never affixed or canceled the stamp, or authorized it to be done. But there was no conflict, whatever, in the evidence that plaintiff purchased the note on the 9th day of November, 1868, for a valuable consideration, and without notice of any fraud in its inception, or of any defense to it, and that it was then duly stamped and canceled. *Blackwell* v. *Denie,* 23 Iowa, 63. The verdict was, therefore, contrary to the evidence, and should have been set aside and a new trial granted.                    Reversed.